# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **EDDIE BROWN, III** | **CIVIL DOCKET NO. 3:22-1656** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **VICTOR ZORDAN, ET AL.** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc.10], and considering the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 11] filed by Eddie Brown, III, thereto having been filed, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that that Plaintiff, Eddie Brown, III's, claims against Officer Joshua Lee and other unidentified officers are **STAYED** under the following conditions:

> a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;
>
> b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;
>
> c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claims are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief against defendants immune from such relief.

THUS, DONE AND SIGNED in Chambers this 18th day of August 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**EDDIE BROWN, III**                                        **CIVIL ACTION NO. 22-1656**

                                                            **SECTION P**
**VS.**
                                                            **JUDGE DAVID C. JOSEPH**

**VICTOR ZORDAN, ET AL.**                                   **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that that Plaintiff Eddie Brown, III's, claims against Officer Joshua Lee and other unidentified officers are **STAYED** under the following conditions:

  a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

  b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

  c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

  d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining

claims are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief against defendants immune from such relief.

LAFAYETTE, LOUISIANA, this _____ day of August, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE